IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VERSUS                                           CAUSE NO.: 3:16MJ-038-RP

WAUTESSE T. BELL                                                 DEFENDANT

## **ORDER GRANTING MOTION FOR CONTINUANCE**

Before the Court is Defendant Wautesse Bell's Motion for Continuance. The Court having considered the motion and having been advised the Government does not object, finds the motion should be and the same is hereby GRANTED. The preliminary hearing and detention hearing set for Monday, December 12, 2016, are continued until further notice of the Court.

SO ORDERED, this the 9th day of December, 2016.

/s/ Jane M. Virden
Magistrate Judge Jane M. Virden